UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 2:13 CR |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **ORDER TO SEAL THE INDICTMENT** |
| 1) JACKIE LEE RATTLER | ) | |
| 2) JACOB HUNTER RATTLER | ) | |
| 3) EVAN THOMAS NORRIS, JR. | ) | |
| 4) TARYN KRISTA ELIZABETH TOINEETA | ) | |
| RATTLER | ) | |
| 5) TIMOTHY LEROY RATTLER | ) | |
| 6) JUSTIN NACOLE RATTLER | ) | |
| 7) MARK ALLEN WINSTEAD | ) | |

UPON MOTION of the United States of America, by and through **Anne M. Tompkins**,
United States Attorney for the Western District of North Carolina, for an order directing that the
Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature
of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed
until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 4th day of June, 2013.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA