
FILED
IN COURT
ASHEVILLE, N.C.

JUN 1 9 2013

U.S. DISTRICT COURT
W. DIST. OF N.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 2:13CR12 |
| | ) | |
| v. | ) | |
| | ) | |
| 1) JACKIE LEE RATTLER | ) | **ORDER** |
| 2) JACOB HUNTER RATTLER | ) | |
| 3) EVAN THOMAS NORRIS, JR. | ) | |
| 4) TARYN KRISTA ELIZABETH | ) | |
| TOINEETA RATTLER | ) | |
| 5) TIMOTHY LEROY RATTLER | ) | |
| 7) JUSTINA NACOLE RATTLER | ) | |
| 7) MARK ALLEN WINSTEAD | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrants in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and the Arrest Warrants in the above-numbered case be unsealed.

This 19th day of June, 2013.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA